UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, | ) </br> ) </br> ) | |
| vs. | ) </br> ) | CAUSE NO. 1:13-cr-0172-TWP-MJD |
| ZACHARY DION WILLIAMS, </br> Defendant. | ) </br> ) | - 01 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Zachary Dion Williams' supervised release be revoked, pursuant to Title 18 U.S.C. § 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. § 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twelve (12) months and one (1) day in the custody of the Attorney General, with no supervised release to follow. The defendant is to be taken into immediate custody.

SO ORDERED this day: 3/24/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Probation

U. S. Marshal